1833.

LYON
v.
BROOKS.

---

LYON *v.* BROOKS.

---

A defendant may set up matter in his answer which has occurred between the filing the bill and the putting in of such answer.

*September,*
1833.

*Pleadings.*
*Exceptions.*

The bill was filed by one partner against another, praying an account and payment pursuant to the conditions of

an award to which they had both submitted. The defend-
ant had put in his answer; but several exceptions for im-
pertinence were taken to it; and the matter of these ex-
ceptions now came before the Court upon exception to
the master's report. Two exceptions related to an agree-
ment and payment set forth in the answer and which had
occurred subsequent to the filing of the bill.

THE VICE CHANCELLOR said: If there were any rule of
equity pleading, by which a defendant is precluded from
availing himself of matters arising between the filing of the
bill and the answer, by way of avoidance or defence, there
might be some ground for these exceptions. But there is
not; and it certainly cannot be said that the matters set up
are foreign to the case.